IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19-CR-3016 |
| vs. | |
| MICHAEL D. HOUSTON, | ORDER |
| Defendant. | |

IT IS ORDERED that for the reasons stated in the Court's Order of July 18, 2024 (filing 78), the defendant's "Motion for Time Credit to Sentence and the New Laws" (filing 93) and motion to appoint counsel (filing 94) are denied.

Dated this 14th day of November, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge